IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 2 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-02168-BNB

ANTHONY J. GLOSTON,

    Plaintiff,

v.

ITT FEDERAL SERVICES,
INTERNATIONAL CORPORATION, and
D/B/A ITT INDUSTRIES, INC.,

    Defendants.

## ORDER DIRECTING COUNSEL TO APPLY FOR BAR ADMISSION

Plaintiff Anthony J. Gloston filed, through counsel, a complaint. He also filed a motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915 (Supp. 2006).

Chester DeAndre' Gibbs, counsel for Mr. Gloston, does not allege that he is a member of the bar of this Court. Pursuant to D.C.Colo.LCivR 83.3 and D.C.COLO.LCrR 57.5 of the Local Rules of Practice for this Court, Mr. Gibbs must apply for admission to the bar of the Court by completing and returning the Court-approved application for such admission together with a check in the amount of $160.00 made payable to "The Clerk, United States District Court." The application for bar admission is available in the "Forms" folder on the Court's website, www.co.uscourts.gov. A copy of the Local Rules of Practice for this Court also is available in the "Local Rules" folder on the Court's website. Accordingly, it is

ORDERED that Chester DeAndre' Gibbs, counsel for Plaintiff, shall have **thirty (30) days from the date of this order** in which to complete and return the Court-approved application for admission to the bar of the Court together with a check in the amount of $160.00 made payable to "The Clerk, United States District Court." It is

FURTHER ORDERED that Mr. Gibbs shall inform the Court in the instant action **within thirty (30) days from the date of this order** that he has completed and returned the Court-approved application for admission to the bar of the Court together with a check in the amount of $160.00 made payable to "The Clerk, United States District Court."

DATED November 2, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02168-BNB

Chester DeAndre Gibbs
P.O. Box 66466
Houston, TX 77266

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/2/06

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk