IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02168-PSF-BNB

ANTHONY J. GLOSTON,

Plaintiff,

v.

ITT FEDERAL SERVICES INTERNATIONAL CORPORATION d/b/a ITT INDUSTRIES, INC.,

Defendant.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendant's Motion to Amend Answer** [docket no. 25, filed June 25, 2007] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attachment to docket no. 25, Defendant's First Amended Answer, for filing.

DATED:  June 27, 2007